IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE:  **OZARK MOUNTAIN SOLID WASTE DISTRICT, Debtor**    3:14-bk-70015
Chapter 9

MOTION FOR AND NOTICE OF SALE OF
PERSONAL PROPERTY FREE AND CLEAR OF LIENS

Comes now Ozark Mountain Solid Waste District, the Chapter 9 Debtor, and moves for an Order of this Court authorizing the sale of personal property described herein free and clear of liens, payment of certain administrative expenses of sale, and in support thereof states:

1. That among the assets of Debtor's estate captioned above are items of personal property more particularly described within the notice of sale, made a part of and incorporated herein below. The property so described is encumbered as noted within the Notice incorporated herein.

2. That Debtor moves to sell the personal property upon Notice to creditors and interested parties free and clear of liens with removed liens and claims being transferred to the proceeds of sale for payment of and distribution to lien claimants in order of their priority.

3. That Debtor proposes this sale in accordance with the Notice incorporated herein as set forth immediately below:

> **PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §363, the Debtor, Ozark Mountain Solid Waste District, has organized a public auction sale to be held as follows:
>
> **Thursday, June 26, 2014**, beginning at 10:00 a.m., at 1194 RLH Landfill Road, (the landfill), Mountain Home, Arkansas, the vehicles (non-operating/scrap) listed on Exhibit "A" attached hereto will be auctioned off.
>
> NOTE: These items may be viewed on Wednesday, June 25, 2014, beginning at 12:00 p.m.

**Saturday, June 28, 2014**, beginning at 10:00 a.m., at 1305 Rossi Road, Mountain Home, Arkansas, the vehicles listed on Exhibit "B" attached hereto will be auctioned off.

NOTE: These items may be viewed on Friday, June 27, 2014, beginning at 12:00 p.m.

ALSO NOTE: That some assets listed on Exhibit "B" may be sold on Thursday, June 26, 2014, if they were not able to be moved from the landfill to the Rossi Road Location.

The Debtor believes that all assets to be sold are free and clear of liens.

Any creditor or party in interest asserting a lien in the property described on Exhibit "A" or "B" attached hereto, should file a response to the Motion and Notice, and the validity of the lien and/or ownership shall be determined pursuant to further Court Order. Distribution of proceeds of sale to secured creditors (if any) shall be pursuant to subsequent notice to creditors and Order of the Bankruptcy Court.

The auction sales shall be conducted by Shiloh Sales, Inc., Auctioneers, which shall be paid 15% on all funds generated by the sale. The proceeds of sale shall also be charged with administrative expenses which shall include advertising, clean-up, labor and , reimbursement of out-of-pocket expenses.

All assets are being sold as is/where is, free and clear liens.

The sale of these vehicles is necessary as the Debtor is under Court Order to pump away run-off contamination known as "LEACHATE". The costs for complying with this Order exceed Debtor's existing ability to raise revenue. The vehicles to be sold have sat idle since December, 2012, when the Debtor ceased operations. The sale of the vehicles is the only way for the Debtor to raise funds to enable it to comply with the Court Order.

Any creditor or party in interest desiring to object to the sale as set forth above and/or any other matter set forth herein should file a written objection with the U.S. Bankruptcy Court, 35 E. Mountain Street, Room 316, Fayetteville, Arkansas, 72701, with a copy of served on the U.S. Trustee's Office, Bank of American Building, 200 West Capitol Avenue, Ste. 1200, Little Rock, AR 72201, and a copy served on the below signed Debtor's attorney **within twenty-one (21) days of the date of this Motion and Notice.**

Hearings on objections, if any, will be held in the Bankruptcy Courtroom of the Federal Building at 402 N. Walnut, Harrison, Arkansas on May 21, 2014 at 10:00 a.m., with the Honorable Ben Barry presiding. If no objections to the proposed sale are filed in the time and manner provided, the Court may enter its Order authorizing Debtor to proceed as set forth herein.

## DATED THIS 29th DAY OF APRIL, 2014.

4. There are no known security interests in, and/or liens on, the assets to be sold.

WHEREFORE, Debtor, having duly notified all creditors and parties in interest of the hearing on this Motion and proposed actions in the time and manner provided by law, prays for an Order of this Court authorizing the sales as set forth herein, and for all other relief to which it may prove itself entitled.

OZARK MOUNTAIN SOLID WASTE DISTRICT

    */s/ Jill Jacoway*
By:  JILL JACOWAY, Attorney
JACOWAY LAW FIRM, LTD.
P.O. Drawer 3456
Fayetteville, AR 72702
(479) 521-2621 - phone
(479) 521-1465 - fax

### CERTIFICATE OF SERVICE

I, Jill Jacoway, Attorney, hereby certify that I have served a true and correct copy of the within and foregoing document on all creditors and parties in interest listed on the mailing matrix attached hereto as Exhibit "C" and on the U.S. Trustee's Office, Bank of America Building, 200 West Capitol Avenue, Ste. 1200, Little Rock, AR 72201, by placing same, postage prepaid in the U.S. Mail this 29th day of April, 2014.

    */s/ Jill Jacoway*
JILL JACOWAY, Attorney

**ASSETS TO BE SOLD AT LANDFILL**

| ASSET # | UNIT # | YEAR | MAKE/MODEL |
|---|---|---|---|
| 40 |  | 1966 | Homemade Welding Trailer |
| 45 |  | 1982 | Great Dane Tailer Set Flatbed |
| 47 |  |  | 60 ton Heavy Equipment Lowboy |
| 102 |  | 2000 | 2500 4 x 4 |
| 103 |  | 2004 | Chevrolet Fleetside 3/4 ton (white - 4 door) |
| 121 |  |  | Cat Dump Truck D250E |
| 131 | 3 | 2002 | GMC Pickup Sierra - 192,000 miles |
| 133 |  |  | Truck |
| 161 |  | 1998 | 25' Trailmaster w/loading ramps Gooseneck |
| 170 |  | 2004 | Chevy Silverado 2500 HD Red Z71 |
| 176 |  | 2008 | Terex TA30 G7 Articulated D... |
| 190 |  |  | United Truck 4000 gal. water tank military |
| 193 |  | 1988 | International Maintenance Truck - Military |
| 194 |  |  | United Truck 4000 gal water tank |
| 195 |  |  | M929 Water Truck |
| 196 | 104 |  | M35 2.5 Ton Fuel Truck - looks mililtary diesel #501204 |
| 199 |  |  | Federal Surplus Military Concrete Truck now tanker - hauls water |
| 208 | 4 | 1998 | Chevy Pickup |
| 209 | 15 | 1983 | Mack Tractor |
| 210 |  |  | 4 x 4 Chevy - white |
| 211 |  |  | D250 Cat Art Dump |
|  | R-19 | 1991 | Mack Roll Off |
|  | 7 |  | Mack Front Loader - white truck (Nabors Sanitation) |
|  | S-1 | 2004 | GMC |
|  | S-8 | 2000 | Chevy SK2 |
|  | R-21 | 1989 | Mack Truck |
|  | T-1 | 1978 | Nect. Trailer |
|  | T-2 | 1977 | Sche Trailer |
|  | T-27 | 1996 | Mack Truck |
|  | L-3 | 1996 | Mack Truck |
|  | E8 | 2000 | International 4900 Utility |

Exhibit A

## ASSETS TO BE SOLD AT SHOP IN TOWN

| ASSET # | UNIT # | YEAR | MAKE/MODEL |
|---|---|---|---|
|  |  | 2008 | CHEVY SK1 |
| 13 |  |  | Mack Tractor Truck (Tanker goes with #42) |
| 15 |  |  | Cat Dump Truck |
| 41 |  |  | 20 x 8' Flatbed GN Trailer red (neckover) |
| 42 |  | 1973 | Fruehauf Tanker Trailer 6500 gal (Goes with #13) |
| 43 |  | 1995 | Homemade Trailer - w/cage |
| 99 |  |  | Craine Carrier Truck |
| 104 | 23 | 1998 | Mack Roll Off Truck - Diesel |
| 107 | 25 | 2000 | Mack Roll Off Truck - Diesel |
| 108 | 25 | 2000 | Mack Roll Off Truck - Diesel |
| 109 |  |  | Mack Compactor Truck DM 690S |
| 110 |  |  | Lodal EVO Mag 20 |
| 116 |  |  | Mack Truck RD6 Diesel |
| 117 | 17 | 1993 | Mack Compater Truck |
| 118 | 5 | 1994 | Mack Compacter Truck - (caught on fire) |
| 119 |  |  | Mack Roll Off Truck - Diesel |
| 123 | 13 | 2006 | Mack Truck |
| 124 |  | 2006 | Chevy Flatbed Compressor Mounted on Truck (3500 4 x 4) |
| 125 |  |  | Mack Packer Rear Loader |
| 127 |  | 1996 | Cat Dump Truck Series D250E |
| 129 |  | 2005 | GMC 1 Ton 3500 Red Duramax Diesel |
| 132 |  | 2003 | Chevy Ext. Cab Z71 - GMC |
| 134 | 22 | 2007 | Sterling Acterria - Rear Load Compactor |
| 135 | 26 | 2007 | Sterling Acterria - Rear Load Compactor |
| 136 | 24 | 2007 | Sterling Acterria - Rear Load Compactor |
| 137 | 28 | 2007 | Sterling Acterria - Rear Load Compactor |
| 172 |  | 2008 | Chevrolet Silerado Z71 |
| 191 | L-11 | 2003 | Crane Carrier Frontload Garbage Truck |
| 200 | 20 | 2005 | Mack Truck |
| 207 | 10 | 2006 | Mack Truck |
| 212 |  | 2006 | Wash Trailer - 141 M & B |
| 213 | 11 |  | Mack Front end loader |
| 214 | 13 |  | Mack Front End Loader |
| 215 | 9 | 2008 | Mack Front End Loader |
|  | 19 | 1996 | Mack Roll Off |
|  | L-17 | 2003 | Crane Carrier Frontload Garbage Truck |
|  | E2 | 1988 | LODA EVO |
|  | E4 | 1985 | LODA |
|  | E6 | 1991 | LODA |
|  | E10 | 2006 | Mack |
|  | E12 | 1987 | LODA |
|  | E14 | 1986 | LODA |
|  | E16 | 1990 | LODA |
|  | E18 | 1987 | LODA |
|  | E20 | 2006 | Mack Truck |

Exhibit B

ADEQ
Attn: Lorielle Gutting
5301 Northshore Drive
North Little Rock, AR 72118

ADEQ
Attn: Michael McAlister
5301 Northshore Drive
North Little Rock, AR 72218

Arvest Bank Trust Department
Attn: Melissa Haynal
P O Box 2389
Bentonville, AR 72712

Ashley Edwards, Attorney
Jack Nelson Jones & Bryant
2800 Cantrell Road, Suite 500
Little Rock, AR 72202

Bank of the Ozarks
P O Box 8811
Little Rock, AR 72231-8811

Bankcorp South Equip Finance
P.O. Box 15097
Hattiesburg, MS 39404-5097

Baxter Road and Bridge
2017 Hwy 5 South
Mountain Home, AR 72653

Bob Lee, VP
Municipal Finance Manager
BancorpSouth Equipment Finance
P O Box 15097
Hattiesburg, MS 39404

CCSWA Transfer Station
1106 Industrial Drive
Berryville, AR 72616

Champlin Tire Recycling, Inc
Attn Gary Champlin
P O Box 445
Concordia, KS 66901

Don Jack, Attorney
Jack Nelson Jones & Bryant
2800 Cantrell Road, Suite 500
Little Rock, AR 72202

EZ Discount
1250 South Highway 27
Marshall, AR 72650

FTN Associates Ltd.
124 W. Sunbridge Drive
Ste. 3
Fayetteville, AR 72703

J. Timothy Fulmer, CPA
#8 Halsted Circle, Suite 1
Rogers, AR 72756

John P. Verkamp, Attorney
VERKAMP & LADD, P.A.
1811 East Main Street
Charleston, AR 72933

John M. Jewell
BAXTER, JEWELL & DOBSON, PA
One Information Way, Suite 201
Little Rock, AR 72202-2290

Judge James Norton
100 N. Main, Suite 300
Harrison, AR 72602-4228

Judge Johnny Hinchey
P.O. Box 134
Marshall, AR 72650-1370

Judge Mickey Pendergrass
1 East 7th Street, Suite 303
Mountain Home, AR 72653

Judge Sam Barr
210 West Church Street
Berryville, AR 72616

Judge Terry Ott
P.O. Box 545
Yellville, AR 72687-0545

Judge Warren Campbell
P.O. Box 435
Jasper, AR 72641

Mail Finance
Attn: Lease Quote Admn.
478 Wheelers Farms Road
Milford, CT 06461

Marion County Transfer Station
1825 Hwy, 62 West
Yellville, AR 72687

Mary Bruce Powell
P.O. Box 390
Bull Shoals, AR 72619

Mayor Dave Osmon
720 South Hickory
Mountain Home, AR 72653

Mayor Jeff Braim
P.O. Box 28
Mountain Home, AR 72653

Mayor Jeff Crockett
P.O. Box 1715
Harrison, AR 72601

Mayor Jim Smithson
P.O. Box 1420
Marshall, AR 72650-1420

Mayor Shane Kilgore
P.O. Box 434
101 E. Elm Street
Jasper, AR 72641

Mayor Tim McKinney
P.O. Box 227
Berryville, AR 72616-0227

Michael J. Ptak, Att.
Bank of the Ozarks
P O Box 8811
Little Rock, AR 72231-8811

Mr. Buddy Fry
Director, Green Forest Public
P.O. Box 1510
Green Forest, AR 72638-1510

Muffler World
361 9th Street
Midway, AR 72651

Nabors Landfill
1192 RLH Landfill Road
Mountain Home, AR 72653

Newton County Recycling
Hwy 7 South
Jasper, AR 72641

Phil Jackson
3190 E. Van Buren
Eureka Springs, AR 72632

Sheila Mayden
Bank of the Ozarks
P.O. Box 8811
Little Rock, AR 72231

Suzanne McCormick, Attorney
Jack Nelson Jones & Bryant
2800 Cantrell Road, Suite 500
Little Rock, AR 72202

The Callen Accounting Group
104 East 1st Street
Mountain Home, AR 72653

Tire World
804 East Stephenson
Harrison, AR 72601

US Trustee's Office
200 W. Capitol, Suite 1200
Little Rock, AR 72201

Via Recyclables, Inc.
attn:  Cyndi Thomason
927 West Rush Avenue
Harrison, AR 72601

Mr. Stanley Bond, Attorney
Ms. Erin Curry, Attorney
P.O. Box 1893
Fayetteville, AR 72702

Mr. Chris McNulty, Attorney
Mitchell Law Firm
425 W. Capitol, Suite 1800
Little Rock, AR 72201

Mr. Stan Smith, Attorney
Mitchell Law Firm
425 W. Capitol, Suite 1800
Little Rock, AR 72201

Mr. Lance Miller, Attorney
Mitchell Law Firm
425 W. Capitol, Suite 1800
Little Rock, AR 72201

Ms. Jill Jacoway, Attorney
Jacoway Law Firm, Ltd.
P.O. Box 2621
Fayetteville, AR 72702

Shiloh Sales Inc.,
Attn: Cecil Phillips
2485 Julio Road
Springdale, AR 72764